UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No**:** 1:20-cv-10384-MLW

DINO N. THEODORE, ET. AL.
Plaintiffs

v.

EVERGREEN CONDOMINIUM ASSOCIATION
Defendant

December 17, 2020

## 60-DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

Wolf, J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

/s/ Mariliz Montes
Deputy Clerk

To: All Counsel